UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEL CORRAL-ESTRADA,<br><br>Defendant. | Case No. 3:14-cr-00083-LRH-CSD<br>Case No. 3:14-cr-00088-LRH-WCG<br><br>MINUTE ORDER<br><br>February 13, 2024 |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING       REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):        NONE APPEARING

COUNSEL FOR DEFENDANT(S):        NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

Before the Court is Defendant Joel Corral-Estrada's ("Corral-Estrada") motion for sentence reduction (ECF No. 190) in Case No. 3:14-cr-00083-LRH-CSD. Also before the Court is an identical motion for sentence reduction (ECF No. 49) that Corral-Estrada filed in Case No. 3:14-cr-00088-LRH-WCG. A response by the Government appearing warranted,

IT IS HEREBY ORDERED that a responsive pleading shall be filed by the Government within 30 days of entry of this Order, a reply may be filed by the Defendant within 15 days following the Government's response, and the matter will be submitted to the court for decision or other appropriate action.

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE